**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID ROBERT RIKER,<br><br>        Petitioner,<br><br>   v.<br><br>JAMES BENEDETTI, Warden,<br>et al.<br><br>        Respondent. | NO. ED CV 09-1786-SJO(E)<br><br><br><br>JUDGMENT |

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

    DATED: __March 17, 2011.

                                 */s/ S. James Otero*
                           _____
                              S. JAMES OTERO
                         UNITED STATES DISTRICT JUDGE